

**MITCHELL P. HURLEY**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

September 30, 2021

VIA ELECTRONIC COURT FILING

The Honorable Nelson S. Roman
United States District Court for the
 Southern District of New York
The Hon. Charles L. Brieant Jr.
 Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *The State of Washington v. Purdue Pharma L.P.*, No. 7:21-cv-07532 (S.D.N.Y.); *The District of Columbia v. Purdue Pharma L.P.*, No. 7:21-cv-07585 (S.D.N.Y.); *The City of Grand Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin v. Purdue Pharma L.P.*, No. 7:21-cv-07961 (S.D.N.Y.); *Certain Canadian First Nations Creditors Peter Ballantyne Cree Nation on Behalf of All Canadian First Nations and Metis People Lac La Ronge Indian Band v. Purdue Pharma L.P.*, No. 7:21-cv-07962 (S.D.N.Y.); *William K. Harrington, United States Trustee v. Purdue Pharma L.P.*, No. 7:21-cv-07966 (S.D.N.Y.); *William K. Harrington, United States Trustee v. Purdue Pharma L.P.*, No. 7:21-cv-07969 (S.D.N.Y.); *The State of Maryland v. Purdue Pharma L.P.*, No. 7:21-cv-08034 (S.D.N.Y.); *The State of Connecticut v. Purdue Pharma L.P.*, No. 7:21-cv-08042 (S.D.N.Y.); *Ronald Bass Sr. v. Purdue Pharma L.P.*, No. 7:21-cv-08049 (S.D.N.Y.); *The State of California and the People of the State of California, by and through Attorney General Rob Bonta v. Purdue Pharma L.P.*, No. 7:21-cv-08055 (S.D.N.Y.).

Dear Judge Roman:

    We represent the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* (the "UCC") in the above-referenced bankruptcy appeals. We write to advise the Court and all parties of the UCC's participation as an appellee, as indicated by the contemporaneous filing of notices of appearance in the various appeal dockets.

    The appeals generally concern the *Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors* [ECF No. 3787], which the U.S. Bankruptcy Court for the Southern



The Honorable Nelson S. Roman
September 30, 2021
Page 2

District of New York entered in case No. 19-23649-RDD.  Certain of the appeals also challenge: (i) the *Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief* [ECF No. 3773]; or (ii) the *Order Approving (I) Disclosure Statement for Fifth Amended Chapter 11 Plan, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [ECF No. 2988], entered in the same underlying case.

  Although the UCC was not identified as a party in the notices of appeal (and thus was not listed initially as an appellee on the Court's docket), it has actively participated in the underlying bankruptcy case as a statutorily appointed party—including by filing pleadings and presenting argument in the specific proceedings that resulted in the rulings being appealed.  As such, the UCC intends to participate in these appeals and respectfully requests that it be added as an appellee on the Court's docket.

        Sincerely,

        */s/ Mitchell P. Hurley*

        *Counsel for the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mitchell P. Hurley*

*Counsel for the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*