UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------a

In re: PURDUE PHARMA
BANKRUPTCY APPEALS

---------------------------------------x

This Filing Relates to

---------------------------------------x

ALL MATTERS

21 cv 7532 (CM)
21 cv 7961 (CM)
21 cv 7962 (CM)
21 cv 7966 (CM)
21 cv 7969 (CM)
21 cv 8034 (CM)
21 cv 8042 (CM)
21 cv 8049 (CM)
21 cv 8055 (CM)
21 cv 8139 (CM)

---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021

## SCHEDULING CONFERENCE

McMahon, J.:

The purpose of this order is to provide logistics for the scheduling conference to be held on Tuesday, October 12, 2021, at 2 PM in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street. The conference will be held in Room 24A. Only lawyers who have a speaking role should appear in person for this conference. Due to social distancing requirements, we cannot accommodate entire teams of lawyers, and those who are not speaking may not be permitted in the room.

Other counsel and members of the public are invited to dial in to the conference at the following number: 888-363-4749, access code 9054506.

All are reminded that video or audio recording is prohibited by law.

Dated: October 8, 2021

_____
U.S.D.J.

BY ECF TO ALL COUNSEL OF RECORD